UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JONATHAN HUMPHRIES EL,**

        **Plaintiff,**

**v.**                                       **Case No. 6:25-cv-1911-CEM-DCI**

**CITY OF ORLANDO
MUNICIPAL CORPORATION,
STEPHANIE HERDOCIA,
OFFICER GARY WILSON, AND
OTHER UNKNOWN LAW
ENFORCEMENT OFFICERS,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees and Costs ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 5), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed,[1] the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

---

[1] Plaintiff requested an extension of time to file Objections, (Doc. 8), which was granted, (Doc. 14). Ultimately, however, Plaintiff did not file Objections, and the time to do so has passed.

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees and Costs (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before May 25, 2026**, Plaintiff may file a Second Amended Complaint that complies with the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

5. Also, **on or before May 25, 2026**, Plaintiff may file a renewed Application to Proceed in District Court without Prepaying Fees and Costs.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party